# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**LAURA HASTY AND JIM HASTY**                                           **PLAINTIFFS**

**V.**                                   **CIVIL ACTION NO.1:06CV930 LTS-RHW**

**ALLSTATE INSURANCE COMPANY**                                           **DEFENDANT**

## ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' Motion [4] To Remand is **GRANTED**;

That this action is **REMANDED** to the Chancery Court of Jackson County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed;

That the defendant's Motion [10] To Sever is **DENIED**.

**SO ORDERED** this 21st day of May, 2007.

                                                      s/ L. T. Senter, Jr.
                                                      L. T. SENTER, JR.
                                                      SENIOR JUDGE